UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 32584
  NORMA I PADILLA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-6129
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/02/04 and confirmed on 12/03/04.

   2. The case was dismissed after confirmation, 12/21/2007.

   3. The Debtor paid a total of $  12449.85 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BRANDYWINE TOWNHOUSE ASS | SECURED | 915.00 | .00 | 593.25 |
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 13075.89 | .00 | 8477.84 |
| CITIMORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 5194.48 | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | 553.00 | .00 | .00 |
| ELMHURST EMERGENCY MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| WILLIAM C MALNIK MD | UNSECURED | NOT FILED | .00 | .00 |
| YORK CENTRE FIRE PROTECT | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 13990.89 | .00 | 5747.48 | .00 | 19738.37 |
| PRINCIPAL PAID | 9071.09 | .00 | .00 | .00 | 9071.09 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9071.09 | .00 | .00 | .00 | 9071.09 |

The Debtor's attorney, DANIEL J WINTER            , was allowed $   2825.50
and was paid $   2825.50 .

The Trustee received $    553.26 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/10/08                     /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE